**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**ANTHONY NELSON
ADC # 98719**                                                                                                 **PLAINTIFF**

**v.**                      **CASE NO. 2:10CV00203 BSM/BD**

**RAY HOBBS, et al.**                                                           **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Plaintiff's claims regarding the issuance of false disciplinaries are dismissed without prejudice. Plaintiff's claims regarding the failure of the defendants to follow ADC policies and procedures are dismissed with prejudice. Defendants Clemmons, Decoursey, Hughes and Barnes are dismissed as party defendants

IT IS SO ORDERED this 25th day of April, 2011.

                                                               UNITED STATES DISTRICT JUDGE